Douglas C. Smith (SBN 160013)
dsmith@lubranismith.com
Kazoua V. Cha (SBN 198398)
kcha@lubransmith.com
LUBRANI & SMITH, LLP
10370 Hemet Street, Suite 390
Riverside, CA 92503
Telephone: (951) 509-0449
Facsimile: (951) 509-1378

E-FILED 12/11/09
(CLOSED)

Attorneys for Defendants,
COUNTY OF RIVERSIDE, STANLEY SNIFF,
ANDRE O'HARRA MICHAEL HATFIELD,
DOUG UNTENER, and BOB PEEBLES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA  - EASTERN DIVISION

| | |
|---|---|
| ANDY IVAR<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, a political subdivision of the State of California; STANLEY SNIFF, individually and in his official capacity as Sheriff of the County of Riverside; ANDRE O'HARRA; MICHAEL HATFIELD; DOUG UNTENER; BOB PEEBLES; and DOES 1 through 10,<br><br>    Defendants. | Case No.: CV08-06923 PSG (SHx)<br><br>**~~PROPOSED~~ JUDGMENT**<br><br><br><br><br><br><br><br><br><br>*Complaint filed October 21, 2008* |

On August 31, 2009, this Court granted Summary Judgment in favor of Defendants.  Judgment is entered in favor of Defendants.

IT IS ORDERED that judgment be entered in favor of Defendants and Plaintiff take nothing.

**IT IS SO ORDERED.**

Dated: __12/11__, 2009

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\p-prop.judgment(MSJ)2.kvc.wpd    **1**
**PROPOSED JUDGMENT**